UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH LANG ) | |
| ) | |
| **Plaintiff** ) | |
| ) | Case Number: 09-1622 |
| vs. ) | |
| ) | |
| SIMM ASSOCIATES, INC. ) | CIVIL COMPLAINT |
| and ) | |
| NATIONAL ASSET ) | |
| RECOVERY SERVICES, INC. ) | JURY TRIAL DEMANDED |
| ) | |
| **Defendants** ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, KENNETH LAND, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Brent F. Vullings
           Brent F. Vullings, Esquire
           Attorney for Plaintiff
           Attorney I.D. #92344
           Warren & Vullings, LLP
           1603 Rhawn Street
           Philadelphia, PA 19111
           215-745-9800